**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Extensions Plus, Inc., a California Corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-4591586 |
| 4. | Debtor's address | **Principal place of business**<br><br>5428 Reseda Blvd.<br>Tarzana, CA 91356<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | extensionsplus.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Extensions Plus, Inc., a California Corporation**                    Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Case number (*if known*) _____

Debtor  **Extensions Plus, Inc., a California Corporation**
Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?  _____
                         Number, Street, City, State & ZIP Code

Is the property insured?

☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page

Debtor  Extensions Plus, Inc., a California Corporation    Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  X 6/23/2025
              MM / DD / YYYY

X _/s/ H. Stahl_____    Helene Stahl
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X _/s/ Peter T. Steinberg_____    Date  6/23/2025
Signature of attorney for debtor          MM / DD / YYYY

Peter T. Steinberg 96834
Printed name

Steinberg, Nutter & Brent, Law Corporation
Firm name

23801 Calabasas Road
Suite 2031
Calabasas, CA 91302
Number, Street, City, State & ZIP Code

Contact phone  (818) 876-8535    Email address  mr.aloha@sbcglobal.net

96834 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: Extensions Plus, Inc., a California Corporation
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Raj Hair International Pvt. Ltd. c/o Jacob C. Gonzales, Esq. 23 Corporate Plaza Drive Suite 150 Newport Beach, CA 92660 | | | | | | $2,625,000.00 |
| AB Applied Biology Co., Ltd/Follea Huanshan Road - the 4th Industrial Park, Economic and Shandong Prov. Weihai, 264200, China | | Contact: Ms. Shan shan@appliedbiology.com (323) 658-5184 | | | | $530,000.00 |
| EIDL SBA Small Business Administration 14925 Kingsfort Road Fort Worth, TX 76155 | | | | | | $447,295.00 |
| Harris Family Trust Atttn: Austin Harris 12496 Nugent Avenue Granada Hills, CA 91344 | | candynbud@yahoo.com 858-353-0803 714-474-0804 | | | | $300,000.00 |
| Chase PO Box 78039 Phoenix, AZ 85062-8039 | | Chase line of credit 1006 | | | | $298,818.00 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor  **Extensions Plus, Inc., a California Corporation**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase<br>PO Box 78039<br>Phoenix, AZ 85062-8039 | | Chase loan 1001 | | | | $137,531.00 |
| First Wave LLC/Qplus Asia<br>Attn: Mr. Thyagarajan Raj<br>93 King Street<br>Edison, NJ 08820-1003 | echelonraj@gmail.com<br>(212) 372-3435 | | | | | $109,862.00 |
| Chubb<br>PO Box 382001<br>Pittsburgh, PA 15250-8001 | | | | | | $7,178.00 |
| Quench USA, Inc.<br>630 Allendale Road #200<br>King of Prussia, PA 19406 | | | | | | $1,200.00 |
| Bank of America Asiana<br>PO Box 672050<br>Dallas, TX 75267-2050 | | | | | | $1,200.00 |

Extensions Plus, Inc., a California Corporation
5428 Reseda Blvd.
Tarzana, CA 91356


Peter T. Steinberg
Steinberg, Nutter & Brent, Law Corporation
23801 Calabasas Road
Suite 2031
Calabasas, CA 91302


United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


AB Applied Biology Co., Ltd/Follea
Huanshan Road - the 4th Industrial
Park, Economic and Shandong Prov.
Weihai, 264200, China


Bank of America Asiana
PO Box 672050
Dallas, TX 75267-2050


Chase
PO Box 78039
Phoenix, AZ 85062-8039


Chubb
PO Box 382001
Pittsburgh, PA 15250-8001


EIDL SBA
Small Business Administration
14925 Kingsfort Road
Fort Worth, TX 76155

First Wave LLC/Qplus Asia
Attn: Mr. Thyagarajan Raj
93 King Street
Edison, NJ 08820-1003


Harris Family Trust
Atttn: Austin Harris
12496 Nugent Avenue
Granada Hills, CA 91344


Quench USA, Inc.
630 Allendale Road #200
King of Prussia, PA 19406


Raj Hair International Pvt. Ltd.
c/o Jacob C. Gonzales, Esq.
23 Corporate Plaza Drive
Suite 150
Newport Beach, CA 92660